IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DERRICK L. HOUSTON, #L1727                                                              PETITIONER

VS.                                                                            NO. 4:06CV85-TSL-LRA

LAWRENCE KELLY AND JIM HOOD                                                     RESPONDENTS

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of United States Magistrate Judge Linda Randle Anderson entered in this cause on or about January 19, 2007, and the court, having adopted said report and recommendation as the finding of this court by order dated this day, finds that this cause should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 23rd day of February, 2007.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE